# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-1166

PATRICK YOUELL,

      Plaintiff,

v.

CAVALRY SPV II, LLC and MACHOL & JOHANNES LLC,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Patrick Youell hereby notifies the Court that Plaintiff and Defendants Cavalry SPV II, LLC and Machol & Johannes LLC have reached a settlement in this matter and hereby dismisses this action <u>with prejudice</u>, with each party to pay its own attorney fees and costs except as specifically agreed in the settlement agreement.

Dated: May 14, 2014

      Respectfully submitted,

      /s/ Ahson Wali
      Daniel J. Vedra
      Ahson B. Wali
      Vedra Wali LLC
      1435 Larimer St. Suite 304
      Denver, CO 80202
      Phone: (303) 937-6540
      Fax: (303) 937-6547
      Email: daniel.vedra@vwfirm.com
           ahson.wali@vwfirm.com